**2007–1914.  State ex rel. Taylor v. Indus. Comm.**
Franklin App. No. 06AP–659, 2007-Ohio-4453. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–2281.  HealthSouth Corp. v. Wilkins.**
Board of Tax Appeals, No. 2005–A–1386.

# CASE ANNOUNCEMENTS

*February 22, 2008*

[Cite as *02/22/2008 Case Announcements #2,* 2008-Ohio-722.]

## MOTION AND PROCEDURAL RULINGS

**2008–0366.  Eppley v. Tri–Valley Local School Dist.**
Muskingum App. No. CT2007–0022, 2008-Ohio-32. Motion granted.
PFEIFER, J., dissents and would deny the stay.

**2008–0410.  State ex rel. Parrott v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter. Upon consideration thereof,

It is ordered by the court, sua sponte, that the briefing in this case shall proceed as follows: Respondent shall file an answer by February 26, 2008; and both parties shall file their merit briefs and evidence by February 28, 2008. The Clerk shall refuse to file any requests for extension of time. It is further ordered that service of documents shall be personal, facsimile, or email transmission as required by S.Ct.Prac.R. XIV(2)(B)(3).